■     THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID J. LUBIN, Appellant.—Judgment of the Supreme Court, Kings County, rendered July 12, 1974, affirmed. No opinion. The case is remitted to the Supreme Court, Kings County, for proceedings to direct appellant to surrender himself to said court in order that execution of the judgment be

commenced or resumed (CPL 460.50, subd 5). Rabin, Acting P. J., Hopkins, Latham, Munder and Shapiro, JJ., concur.